| Attorney or Party Name, Address, Telephone and Fax Number, and CA State Bar Number | FOR COURT USE ONLY |
|---|---|
| ANDREW E. SMYTH  (SBN: 60030) <br> SMYTH LAW OFFICE <br> 4929 Wilshire Blvd #605 <br> Los Angeles, CA 90010 <br><br> (323) 933-8401 <br> Fax No.: (323) 933-6089 <br> Bar No.: 60030 <br> Attorney for Plaintiff  Plaintiff | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re: ALEXANDER TAYO <br> MARIA C. TAYO <br><br> Debtor. | CHAPTER 13 <br> CASE NUMBER LA09-303966EC <br><br> ADVERSARY NUMBER |
|---|---|
| ALEXANDER TAYO and <br> MARIA C. TAYO <br> vs. Plaintiff(s), <br><br> EMC MORTGAGE CORPORATION <br><br> Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)* <br><br> **SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by _____, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| Hearing Date: | Time: | Courtroom: | Floor: |
|---|---|---|---|
| ☐ 255 East Temple Street, Los Angeles | | ☐ 411 West Fourth Street, Santa Ana | |
| ☐ 21041 Burbank Boulevard, Woodland Hills | | ☐ 1415 State Street, Santa Barbara | |
| ☐ 3420 Twelfth Street, Riverside | | | |

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: _____

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Revised December 1998 (COA-SA)                                                                                                    F 7004-1

| In re ALEXANDER TAYO<br>MARIA C. TAYO | CHAPTER 13 |
|---|---|
| Debtor. | CASE NUMBER LA09-303966EC |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELS

1. I am employed in the County of LOS ANGELS, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows: see attached

2. [x] **Regular Mail Service:** On September 11, 2009, I served the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, on the Defendant(s) at the following address(es) by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Angeles, California, addressed as set forth below.

3. [ ] **Personal Service:** On _____, personal service of the foregoing Summons and Notice of Status Conference (and any instructions attached thereto), together with the Complaint filed in this proceeding, was made on the Defendant(s) at the address(es) set forth below.

4. Defendant(s) and address(es) upon which service was made:
see attached

[ ] Names and Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 11, 2009

GLORIA MARSHALL
Type Name                                Signature

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Revised December 1998 (COA-SA)                                F 7004-1

## SERVICE LIST

*In re Alexander Tayo and Maria C. Tayo*
*Bk. No. LA09-30396-EC*
*CHAPTER 13*

---

Debtors
Alexander Tayo
Maria C. Tayo
2323 Addison Way
Los Angeles, Ca 90041

Attorney for Debtors
Andrew E. Smyth, Esq.
SMYTH LAW OFFICES
4929 Wilshire Bl., Ste. 605
Los Angeles, CA 90010

Kathy A. Dockery
Chapter 13 Trustee
700 S. Flower St., #1950
Los Angeles, Ca 90017

Office of the U.S. Trustee
725 S. Figueroa St., 26th Floor
Los Angeles, CA 90017

EMC Mortgage Corporation
P.O. Box 660753
Dallas, TX 75266-0753

Agent for Service of Process for EMC Mortgage Corporation
C.T. Corporation System
818 West Seventh St.
Los Angeles, Ca 90017

**COMPLAINT TO DETERMINE VALUE OF REAL PROPERTY, DETERMINE THE EXTENT OF
SECURED CLAIMS AND TO EXTINGUISH THE LIEN OF EMC MORTGAGE CORPORATION**